IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALAN WILLIAMS, | ) |
| Plaintiff, | ) |
| vs. | ) 2:08-CV-0287-KOB-PWG |
| JIMMY RICHBURG, et al., | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 29, 2008, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. No party has filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The court EXPRESSLY FINDS that no genuine issues of material fact exist and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 5th day of November 2008.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE